IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

JEREMIAH GOODWIN,
    Plaintiff,

v.                                                    Civil No. 3:23cv699 (DJN)

CENTRAL STATE, *et al.*,
    Defendants.

**MEMORANDUM OPINION**

    Plaintiff, proceeding *pro se*, has submitted this action and applied to proceed *in forma pauperis*. By Memorandum Order entered on January 30, 2024, the Court conditionally docketed the action. (ECF No. 6.) Upon review of Plaintiff's *in forma pauperis* affidavit, it appeared that Plaintiff had sufficient funds in his personal accounts to pay the $405 filing fee. Accordingly, by Memorandum Order entered on March 8, 2024, the Court denied Plaintiff's request to proceed *in forma pauperis*. (ECF No. 8.) The Court explained that if Plaintiff wished to proceed with this action, he must submit the $405 fee to the Court within twenty (20) days. (*Id.*) On April 2, 2024, the March 8, 2024 Memorandum Order was returned to the Court by the United States Postal Service. (ECF No. 10.) That same day, the Court resent the March 8, 2024 Memorandum Order to Plaintiff at his new address. More than twenty (20) days have elapsed since the Court resent to the March 8, 2024 Memorandum Order, and Plaintiff has not paid the $405 filing fee. Accordingly, this action will be DISMISSED WITHOUT PREJUDICE.

    An appropriate Order shall accompany this Memorandum Opinion.

    Let the Clerk file a copy of the Memorandum Opinion electronically and send a copy to Plaintiff.

                                                                               /s/
                                                                 David J. Novak
                                                                 United States District Judge

Richmond, Virginia
Dated: May 1, 2024